AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:24-mj-00050 |
| v. | ) | Assigned To : Harvey, G. Michael |
| JOHN CONRAD WORRELL III | ) | Assign. Date : 2/7/2024 |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) | Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 6, 2024  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| 18 U.S.C. § 2312 | Interstate Transportation of a Stolen Vehicle |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sam D. Shahrani, Specal Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  02/07/2024

_____
*Judge's signature*

City and state:  Washington, DC         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*