## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  24-mj-50

John Worrell
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jay Mykytiuk, 976596
*(Attorney & Bar ID Number)*

Scrofano Law, PC
*(Firm Name)*

600 F Street, NW Suite 300
*(Street Address)*

Washington        DC        20004
*(City)*   *(State)*   *(Zip)*

202-630-1522
*(Telephone Number)*